IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TONY POWELL                                                                               PLAINTIFF

v.                                        CASE NO. 4:18-cv-4070

SHERIFF JACKIE RUNION, *et al*.                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 7, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Judge Bryant recommends that Plaintiff's claims be dismissed without prejudice. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of August, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge